THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD SHOSHENSKY, HYMIE PERNICK, SAM KELLER AND JEWISH KOSHER PROVISION Co. (a Corporation), Appellants.

Argued March 2, 1943; decided April 8, 1943.

*S. Stanley Kreutzer, Martin H. Selman* and *Samuel D. Smoleff* for appellants.

*Thomas Cradock Hughes,* Acting District Attorney (*William I. Siegel* and *Henry J. Walsh* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.